

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00049-CR

RODRICK LAWRENCE HURST,
Appellant

§   On Appeal from 432nd District Court

§   of Tarrant County (1461897D)

§   July 30, 2019

V.

§   Opinion by Justice Pittman

THE STATE OF TEXAS

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
      Justice Mark T. Pittman